IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DOUGLAS RICHARDSON, )
    )
Plaintiff, )
    )
v. )
    )  CIVIL ACTION NO. 04-2627-BV
GLAXOSMITHKLINE, )
    )
Defendant. )
    )

## JOINT ~~PROPOSED~~ MODIFIED RULE 16(b) SCHEDULING ORDER

Pursuant to a Motion to Modify Scheduling Order filed by Plaintiffs and agreement of the parties, the following dates are proposed to be the final dates for:

1. Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) (1): November 12, 2004;

2. Joining Parties: December 30, 2004;

3. Amending Pleadings: December 30, 2004;

4. Initial Motions to Dismiss: January 28, 2005;

5. Completing All Discovery: October 21, 2005;

    (a) Document Production: October 21, 2005;

    (b) Interrogatories and Requests for Admissions: May 20, 2005;

    (c) Depositions of fact witnesses: July 1, 2005;

    (d) Expert Witness Disclosure (Rule 26):

        (i) Disclosure of Plaintiff's Rule 26 Expert Information: July 8, 2005;

        (ii) Depositions of Plaintiff's Rule 26 Experts: August 26, 2005;

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____
2790725-000001 04/12/05

18

       (iii)    Disclosure of Defendant's Rule 26 Expert Information: September 16, 2005;

       (iv)    Depositions of Defendant's Rule 26 Experts: October 21, 2005;

6.    Depositions for evidence at trial: November 15, 2005;

7.    File Dispositive Motions: October 21, 2005;

8.    Other Relevant Matters:

No depositions may be scheduled to occur after the discovery cutoff date except as indicated. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. Trial is expected to last 7-10 days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

Pursuant to Local Rule 11 (a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: April 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02627 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Dorian N. Daggs
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Robert B. Friedman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Everett B. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

S. Samuel Griffin
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
371 Carroll Ave.
Memphis, TN 38105

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT