FILED BY 

JUL 11 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

DOUGLAS RICHARDSON,

    Plaintiff,

v.                                Civil Action No. 04-2627-BV

GLAXOSMITHKLINE,

    Defendant.

## ORDER GRANTING SECOND MOTION TO MODIFYING THE SCHEDULING ORDER

Upon plaintiff's second motion to modify the scheduling order, and for good cause shown,

IT APPEARS TO THE COURT that plaintiff should be allowed an extension of time from July 8, 2005, to August 15, 2005, to file his expert witness disclosures in this case, and that defendant should be allowed an identical extension for disclosure of its experts.

IT IS THEREFORE ORDERED that the modified scheduling order entered by the Court on April 22, 2005, is hereby modified a second time to change the deadline within which plaintiff must file his expert witness disclosures from July 8, 2005 to August 15, 2005, the deadline within which defendant must file its expert witness disclosures to October 24, 2005, necessitating an extension for the defendant's experts discovery depositions deadline to November 4, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-14-05

24

_____
Diane K. Vescovo
UNITED STATES ~~DISTRICT~~ JUDGE
              Magistrate

DATE: _July 11, 2005_____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02627 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
371 Carroll Ave.
Memphis, TN 38105

S. Samuel Griffin
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Everett B. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Robert B. Friedman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Dorian N. Daggs
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Honorable J. Breen
US DISTRICT COURT