IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 1:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

DOUGLAS RICHARDSON,

    Plaintiff,

v.                                              Civil Action No. 04-2627-B V

GLAXOSMITHKLINE,

    Defendant.

## ORDER GRANTING MOTION FOR ADMITTANCE OF ROBERT E. GLANVILLE *PRO HAC VICE*

    Jill M. Steinberg has moved for the admission of Robert E. Glanville *pro hac vice*.

    Upon examination of the Affidavit of Robert E. Glanville filed in support of the Motion, the Court finds that Mr. Glanville is an attorney licensed in good standing in the State of New York, and that he will appear along with or instead of Ms. Steinberg, who is an attorney licensed to practice law in the State of Tennessee.

    IT IS THEREFORE, ORDERED that Robert E. Glanville is hereby admitted *pro hac vice* for this particular cause only.

    IT IS FURTHER ORDERED that Robert E. Glanville is hereby permitted to sign pleadings and personally appear for court proceedings in this case.

_____
JUDGE
Date: Aug 12, 2005

BFLO Doc. # 1504378.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02627 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Everett B. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Robert B. Friedman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

S. Samuel Griffin
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Dorian N. Daggs
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Robert E. Glanville
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
P.O. Box 3351
Memphis, TN 38173--335

Honorable J. Breen
US DISTRICT COURT