IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 OCT 24 PM 5:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DOUGLAS RICHARDSON,            )
                               )
    Plaintiff,                 )
                               )
v.                             )   CIVIL ACTION NO. 04-2627-BV
                               )
GLAXOSMITHKLINE,               )
                               )
    Defendant.                 )

### ORDER MODIFYING SCHEDULING ORDER

This matter is before the Court on the parties' Consent Motion for Modification of Scheduling Order. The parties having consented thereto, and for good cause shown, it is hereby ORDERED that the following schedule shall govern the completion of discovery in this case:

(a) Deadline for GSK to provide Rule 26 Expert Disclosures: November 7, 2005

(b) Deadline for GSK to make its expert witness(es) available for deposition: November 18, 2005

(c) End of discovery: November 18, 2005

(d) Filing of dispositive motions: November 18, 2005

SO ORDERED, this 24th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-25-05

M JMS 907426 v2
2790725-000001 10/19/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02627 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
P.O. Box 3351
Memphis, TN 38173--335

S. Samuel Griffin
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Robert E. Glanville
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203

Everett B. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Robert B. Friedman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Dorian N. Daggs
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Honorable J. Breen
US DISTRICT COURT