IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ _____ D.C.

05 NOV 17 AM 6:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| DOUGLAS RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-2627-BV |
| | ) | |
| GLAXOSMITHKLINE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT APPROVAL TO EXCEED TWENTY (20) PAGES IN ITS MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Upon the motion of Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and for good cause shown, it is HEREBY ORDERED that Defendant may exceed twenty (20) pages in its Memorandum in Support of Motion for Summary Judgment.

DATED: 11/16/05

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-17-05

M JAE 912745 v1
2790725-000001 11/14/05

(33)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02627 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Seymour S. Rosenberg
ROSENBERG LAW OFFICE
P.O. Box 3351
Memphis, TN 38173--335

Robert B. Friedman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Dorian N. Daggs
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Everett B. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

S. Samuel Griffin
KING & SPALDING, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303--176

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert E. Glanville  
PHILLIPS LYTLE LLP  
3400 HSBC Center  
Buffalo, NY 14203

Honorable J. Breen  
US DISTRICT COURT